UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNE MCCALLUM,

        Plaintiff,                     Case No. 2:16-cv-11452
                                          District Judge Gershwin A. Drain
v.                                        Magistrate Judge Anthony P. Patti

HILTON WORLDWIDE
HOLDINGS, INC., dba
HILTON HOTELS, *et al.*,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AS UNOPPPOSED (DE 28)

This matter is before the Court for consideration of Plaintiff's April 14, 2017 motion to compel answers to interrogatories and requests to produce. (DE 28.) Plaintiff served Defendants with her preliminary interrogatories and requests for production on February 2, 2017 and, as of the filing of the motion, Defendants had not yet answered those requests. Plaintiff further asserts that Defendants have failed to provide initial disclosures and asks the Court to order that Defendants provide responses to the interrogatories, produce documents responsive to the requests, and provide initial disclosures consistent with Federal Rule of Civil Procedure 26(a). This matter was referred to me on April 14, 2017 and was noticed

for a hearing to occur on May 16, 2017.  (DE 30 and 32.)  To date, Defendants have not filed a response in opposition to Plaintiff's motion.

Under Eastern District of Michigan Local Rule 7.1(e)(2)(b), Defendants' response in opposition was due fourteen days after the motion was served, or May 1, 2017.  To date, no response has been filed.  Accordingly, Plaintiff's motion is **GRANTED AS UNOPPOSED**.  (DE 28.)  Defendants are ordered to provide responses to Plaintiff's interrogatories, documents responsive to Plaintiff's requests, and initial disclosures **ON OR BEFORE MAY 22, 2017.**  The May 16, 2017 hearing on this matter is cancelled.

**IT IS SO ORDERED.**


Dated: May 9, 2017              s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 9, 2017, electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti